UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Clayton P. Sawyer**      **Docket No. 2:23-MJ-1046-1BO**

**Petition for Action on Probation**

COMES NOW Lakesha H. Wright, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Clayton P. Sawyer, who, upon an earlier plea of guilty to Disorderly Conduct - Creating a Hazardous Condition, in violation of 36 C.F.R. § 2.34(a)(4), and Failure to Yield to Blue Lights and Siren, in violation of 34 C.F.R. § 4.2(b), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on December 18, 2023, to 6 months probation under the conditions adopted by the court. On January 3, 2024, an amended Judgment and Commitment Order was filed specifying the term of the defendant's curfew.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 14, 2024, Sawyer was charged with Assault on a Female and Injury to Personal Property (24CR234049) in Camden County, North Carolina. According to the warrant, the defendant shoved the alleged victim multiple times and damaged her cellular phone. Sawyer was released on a $1,500 secured bond on the same date. The charges remain pending.

Additionally, on February 14, 2024, the defendant was served with a criminal summons charging Injury to Personal Property (24CR234056) in Camden County. According to the summons, on December 20, 2023, Sawyer damaged the dashboard and LCD screen in the vehicle of the same victim identified in the February 14, 2024, offense. The charge remains pending.

On February 15, 2024, when confronted by the probation officer about the above-noted charges, Sawyer denied damaging the alleged victim's vehicle on December 20, 2023, and assaulting her on February 14, 2024. Nonetheless, the defendant acknowledged that he "tossed" the victim's cellphone during an argument on February 14, 2024. He also stated that he is unsure if he caused damage to her cellphone when he tossed it. Sawyer provided a written statement to the probation officer regarding the incident. In response to the criminal conduct, it is respectfully recommended that the defendant's probationary terms be modified to include participation in an anger management treatment program as directed by the probation office. Sawyer signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of anger management treatment, as directed by the probation office.

Clayton P. Sawyer
Docket No. 2:23-MJ-1046-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
Senior U.S. Probation Officer
306 East Main Street, Room 306
Elizabeth City, NC 27909-7909
Phone: 252-335-5508
Executed On: February 20, 2024

## ORDER OF THE COURT

Considered and ordered this 20 day of February, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge